**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**May 2, 2007**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

TEDDY LEROY BAILEY,

Defendant-Appellant.

No. 06-6356
(W.D. Okla.)
(D.C. No. CR-97-28-R)

**ORDER AND JUDGMENT**[*]

Before **BRISCOE**, **McKAY**, and **McCONNELL**, Circuit Judges.

Appellant Teddy Leroy Bailey filed what he styled an "Independent Bill In Equity For Relief from Judgment and Action In Aequitas Et In Personam" challenging his previously imposed sentence. The United States District Court for the Western District of Oklahoma correctly dismissed this action for want of

---

[*]After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

jurisdiction. That judgment is **AFFIRMED**. Appellant's motion to proceed in forma pauperis is denied.

Entered for the Court,

Michael W. McConnell
Circuit Judge